United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:24-CR-00609 |
| § | |
| ROBERT MONKEL § | |
| § | |
| Defendant. § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on November 21, 2024. A petition for action on pretrial release was filed on December 12, 2025 with the Court alleging that Defendant violated condition 7(m) of his bond conditions ordering that Defendant not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. (D.E. 71). At today's hearing, Defendant stood silent as to the allegation. The government offered Exhibit 1 without objection, an admission form signed by Defendant. The government and U.S. Pretrial Services were opposed to the Court reinstating bond. The Court **FINDS** the allegation in the petition to be true and revokes Defendant's bond.

The following requires detention of the defendant pending trial in this case:

(1)     There is probable cause to believe that Defendant has committed a Federal, State, or local crime while on release;

(2)     There is clear and convincing evidence that the Defendant has violated the condition of release; and

(3)     Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on January 16, 2026.

_____
Julie K. Hampton
United States Magistrate Judge